**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 670 MAL 2023

          Respondent          :

                          :   Petition for Allowance of Appeal
                          :   from the Order of the Superior Court

          v.                   :

KENNETH N. JONES, JR.,          :

          Petitioner           :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 12th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.